# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| **SHERI BUTLER BROCKINGTON AND FRANCESCO GUSMANO** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **SECOND CHANCE ADVOCATE LLC** ) ) *Defendant* | | Civil Action No. 1:26-CV-41 |

## AFFIDAVIT OF SERVICE

I, Alexa Polcyn, being duly sworn, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SECOND CHANCE ADVOCATE LLC in Palm Beach County, FL on March 2, 2026 at 10:33 am at 102 NE 2ND ST #237, BOCA RATON, FL 33432 by leaving the following documents with DYLAN SAMLUK who as STORE ASSISTANT MANAGER is authorized by appointment or by law to receive service of process for SECOND CHANCE ADVOCATE LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT – CLASS ACTION

Additional Description:
I arrived at the provided service address. The provided service address is located in a commercial business complex known as Mizner Plaza. The building can be described as a single-story, multi-tenant commercial business building with multiple business suites and offices. The provided suite is on the West end of the building. Suite 102 is a UPS Store. The store provides various different shipping services and private mailbox rentals for individuals/business entities. I entered the store lobby. A male standing behind the counter identified himself as the store assistant manager. The assistant store manager verified with online records on the UPS electronic database that the private mailbox 237 is currently active. Per UPS assistant store manager, Box 237 is registered and active under the entity name Second Chance Advocate LLC. The store assistant manager also confirmed that Matt Weiner is the individual who is registered and authorized for the private mailbox 237 under the business entity Second Chance Advocate LLC. The UPS Store Assistant Manager verbally identified himself as Dylan Samluk by stating his name when asked. Dylan Samluk accepted service with direct delivery as the agent present at the registered agent location and office

in which the business entity Second Chance Advocate LLC maintains an active private mailbox. The date, time, initials and Identification number were recorded and written on the top right of documents at the time of service. Dylan Samluk accepted the provided documents as agent the, UPS Assistant Store Manager, for the business entity Second Chance Advocate LLC at the documented address for the registered agent in which the business entity maintains an active private mailbox.

Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 6' to 6' 3".

Geolocation of Serve: https://google.com/maps?q=26.3520238694,-80.0855451694

Photograph: See Exhibit 1

Total Cost: $85.00

Server Signature
Alexa Polcyn
+1 (585) 329-2751

Subscribed and sworn to before me this 3rd day of March, 2026, by Kelly A. Marsh
Notary Name. Witness my hand and official seal.

Notary Public

My commission expires:
11-29-2027

Notary Stamp



Notary Public State of Florida
Kelly A Marsh
My Commission HH 468663
Expires 11/29/2027

Exhibit 1a)



# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| SHERI BUTLER BROCKINGTON AND FRANCESCO GUSMANO, individually and behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> SECOND CHANCE ADVOCATE LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **1:26-CV-41** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SECOND CHANCE ADVOCATE, LLC
MATT WEINER, REGISTERED AGENT
102 NE 2ND ST #237
BOCA RATON, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 23, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-41

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Exhibit 1b)