# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON AND FRANCESCO GUSMANO, individually and behalf of all others similarly situated,

    Plaintiffs,

v.

SECOND CHANCE ADVOCATE LLC

    Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION FILE NO. 26-cv-00041

**COMPLAINT – CLASS ACTION**

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

Dated: March 19, 2026        PLAINTIFF,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*