| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON AND FRANCESCO GUSMANO, individually and behalf of all others similarly situated, | : : : : | CIVIL ACTION FILE NO. 26-cv-00041 |
| Plaintiffs, | : : | |
| v. | : : | **COMPLAINT – CLASS ACTION** |
| SECOND CHANCE ADVOCATE LLC | : : | |
| Defendant. | : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to

Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a

motion for summary judgment.

Dated: March 26, 2026

PLAINTIFFS, on behalf of themselves
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com